# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LINDA ROBINSON, ) | Case No. ED CV 16-1279-SP |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| NANCY A. BERRYHILL, ) Deputy Commissioner for ) Operations, ) | |
| Defendant. ) | |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: June 26, 2018

_____
SHERI PYM
United States Magistrate Judge